CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

**FILED**

DEC 08 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

Plaintiff,

vs.

META,

Defendant.

+ DOES 1 through 10

Civil Action No. 5:23-CV-6177-SVK

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT SEEKING DECLARATORY RELIEF;**

Plaintiff Carl A. Wescott, proceeding *pro se,* complains of Defendant Meta, Inc. and seeks declaratory relief to get his Facebook account back after it was taken over by criminals (the Bob Block criminal gang). The Plaintiff further alleges:

### The Parties: Plaintiff and Defendants

1. Carl Wescott is an individual presently residing in Scottsdale, Arizona.

2. Meta, Inc. is a corporation with its headquarters and principal place of business in Menlo Park, California, but with operations and offices in Santa Clara County.

### JURISDICTION

3. The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This is a civil action arising under federal law, 28 U.S.C. § 2201 (declaratory relief).

5. Venue is proper as the Defendant has significant operations/offices in this district.

## FACTUAL NARRATIVE

6. Facebook is originally a social media company that expanded into publishing,

7. information and advertising.

8. The Plaintiff has had a Facebook account for many years.

9. The Plaintiff is the true, rightful owner of his Facebook account, as identified in Exhibit A.

10. Recently, a criminal gang, the Bob Block Criminal Gang, took over the Plaintiff's Facebook account, changing some of his account information.

11. The Plaintiff cannot access his account.

12. The Plaintiff seeks declaratory relief to get his Facebook account back.

13. While the Plaintiff is seeking redress in this Court, he also wishes to obtain some information about which criminal gang members accessed his account (which phone or laptops), posts they read, messages they wrote or deleted, and posts they made on the Plaintiff's account.

14. The Plaintiff believes that the Block Criminal Gang has accessed his Facebook account for years, reading his posts and that of his friends, deleting some of his messages, and messaging some of his friends as "Carl Wescott".

15. The Block Criminal Gang is a racist, misogynist, and gay-hating gang, that has killed people in Ghana for being black, regularly posts racist screed, and has assaulted and harassed gay people.

16. The Plaintiff's account was once suspended over a post he did not make. The Plaintiff suspects that a Block Criminal Gang member posted some of their regular racist

2

hate speech on his account.

17. Relatedly, a disgruntled unpaid member of the Block Criminal Gang called the Plaintiff to inform him of many facts, including that the Block Criminal Gang maintained a private Facebook group.

18. The Block Criminal Gang apparently has used the private Facebook group to coordinate various attacks on the Plaintiff and to share information related to their planned crimes.

19. The Plaintiff will serve discovery to obtain the information on the Block criminal gang usage of his Facebook account and the private Facebook group they created and maintained.

## REQUEST AND PRAYER FOR DECLARATORY RELIEF

20. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et. seq., the Plaintiff respectfully requests that the Court declare the Plaintiff to be the rightful owner of his Facebook account as identified above.

21. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et. seq., the Plaintiff further respectfully requests that the Court order the Defendant, Meta, to return his Facebook account to him.

22. These two declarations getting his Facebook account back will provide the main relief the Plaintiff seeks in this Court.

23. The Plaintiff hopes that this case will not impose too much on the Court's time.

RESPECTFULLY SUBMITTED

*/s/ Carl A. Wescott*
Carl A. Wescott, *pro se*
December 1st, 2023

## VERIFICATION

I, Carl A. Wescott, under penalties provided by the federal laws of the United States of America, certify that the facts set forth in this instrument are true and correct, except as to matters therein on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*Carl A. Wescott*
Carl A. Wescott
December 1st, 2023

## my account (Kalle Wescott) was taken over by someone else

**Carl Wescott** <carl.wescott@capitalide.as>     *EXHIBIT A*     11/11/2023 11:03 PM
To  hacked@fb.com, carl.wescott@capitalide.as

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders

Hello.

My name is Carl Wescott.  (I'm Finnish-American, and Kalle is the Finnish version of "Carl" - same name).

I was SIM-hacked, and from there the criminals took over my email accounts (using recovery which was my cell phone which they controlled), other accounts (LinkedIn and Facebook), and my laptops (recovery was cell phone), shutting me out of all of them.

This happened about two months ago.

I bought a new laptop and have a new email address, carl.wescott@capitalide.as (this one).

I recovered my LinkedIn account.

But I can't recover my Facebook account (which is tied to carl.wescott.dxb@gmail.com and +971 55 298 0278).

I reported it hacked/compromised.

I've lost access to my emails (carl.wescott.dxb@gmail.com and carlwescott2022@gmail.com).  I also left the UAE and don't have access to +971 55 298 0278.

I logged in  and was able to provide the last 2 passwords to Facebook that I had (from two months ago).  But someone has changed my password and presumably done other things to the account.

I can prove that I am Carl Wescott (passport, driver's license and more) and that this has been  my FB account for many years.

I have the cell phone that used to be on the account 276 773 7377 and it's still active.

Can you please help me recover my account?

Thank you

--Carl    +1 276 773 7377

Mail: Re: New Cases

## Re: my account (Kalle Wescott) was taken over by someone else

**Carl Wescott** <carl.wescott@capitalide.as>                                    11/12/2023 1:07 PM
To  hacked@fb.com

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders

📎 2 attachments ▸    View    Download

PS Obviously, I can provide my passport, driver's license, do a video call where I show these and more.

I also can show my screen of entering my last two passwords, from about two months ago, which gets me to this screen:

### We'll send you a code to your email

We can send a login code to:

carl.wescott.dxb@gmail.com
c*****2@gmail.com



**Carl Wescott**
Facebook user
Not you?

Log in with password              Try another way       Continue

... but I don't have access to carl.wescott.dxb@gmail.com nor carlwescott2022@gmail.com

I can Try Another Way but I don't have the emails, and I don't have 415 335 5000 any more - that was a couple+ years ago.  I had changed the phone to +971 55 298 0278 (which I don't currently have access to).  Before that it was my US cell +1 276 773 7377 which I do have access to.

### Reset your password

You indicated that your account was hacked. We'll help you login and secure your account. If you don't think your account was hacked, you can cancel this process.

Mail: Re: New Cases

https://email.ionos.com/appsuite/#!!&app=io.ox/mail&folder=default0/INBOX                                     1/1